# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2020

*The Court of Appeals hereby passes the following order*

**A21I0091. BEVERLY SPILLERS AS ADMINISTRATOR OF THE ESTATE OF HOLLEY HERRING v. ROBERT EARL BRINSON et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

19V012



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, December 10, 2020.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*